UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------------------x

KALARI JACKSON GIRTLEY, on behalf of herself
and all others similarly situated,

Civil Action No:
1:25-cv-6102

Plaintiff,

-v.-

THE COFFEE BEANERY, LTD.

Defendant.

-------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

as to Plaintiff and the Defendant, in the above captioned action, that whereas no party hereto is

an infant, incompetent person for whom a committee has been appointed or conservatee, and no

person not a party has an interest in the subject matter of the action, that this action is dismissed

with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure.

**Dated:** September 29, 2025

| **For Plaintiff Kalari Jackson Girtley** | **For Defendant The Coffee Beanery, Ltd** |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | */s/ Bryan Eliot Curry*<br>Bryan Eliot Curry<br>Litchfield Cavo LLP<br>303 West Madison Street Suite 300<br>Chicago, IL 60606<br>Ph: (312) 781-6677<br>curry@litchfieldcavo.com |

1

## CERTIFICATE OF SERVICE

I certify that on September 29, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Yaakov Saks
Yaakov Saks
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

2